Douglas F. Foley, WSBA #13119
E-mail: doug.foley@dougfoleylaw.com
Alayna L. Nicholes, WSBA #40993
E-mail: alayna.nicholes@dougfoleylaw.com
FOLEY SAMPSON & NICHOLES, PLLC
13115 NE 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
Attorneys for Plaintiffs

THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,

Plaintiff,

v.

BRIAN CARLSON and DANNELLE CARLSON, husband and wife, and JACOB DAUBENSPECK, a single individual,

Defendants.

Civil No.: 2:22-cv-00603-JHC

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Defendants, Allstate Property and Casualty Company and Allstate Indemnity Company by and through its attorney, Douglas F. Foley of Foley Sampson & Nicholes, PLLC, and Defendants, Brian Carlson and Dannelle Carlson, by and through their attorneys, Todd W. Wyatt and Merryn B. DeBenedetti of Wyatt DeBendetti PLLC, hereby agree and stipulate that the above-captioned matter be dismissed without prejudice and without costs to any party for the reasons that this matter has been fully resolved.

///

///

Page 1 – STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:22-cv-00603 -JHC

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

1   IT IS SO STIPULATED:

2

3   DATED: November 11, 2022            /s/ DOUGLAS F. FOLEY
                                        Douglas F. Foley, WSBA #13119
4                                       Of Attorneys for Plaintiffs

5

6   DATED: November 11, 2022            /s/ TODD W. WYATT
                                        Todd W. Wyatt, WSBA #31608
                                        Merryn B. DeBenedetti, WSBA #35777
7                                       Attorney for Defendants, Carlson

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 2 – STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:22-cv-00603 -JHC

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

O R D E R

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that the above captioned matter be dismissed without prejudice as to all parties.

DATED this 15th day of November, 2022.

_____
Hon. John H. Chun
United States District Judge

APPROVED AS TO FORM:

/s/ TODD W. WYATT
Todd W. Wyatt, WSBA #31608
Merryn B. DeBenedetti, WSBA #35777
Of Attorneys for Defendants, Carlson

PRESENTED BY:

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Of Attorneys for Plaintiffs

Page 3 – STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:22-cv-00603 -JHC

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

# CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I filed this document with the Court CM/ECF system and caused a true copy of the foregoing document to be mailed, with first class postage prepaid, to:

> Todd W. Wyatt
> Merryn B. DeBenedetti
> Wyatt DeBendetti PLLC
> 371 NE Gilman Blvd. Suite 260
> Issaquah, WA 98027-2926
> *Of Attorneys for Defendants, Brian Carlson and Dannelle Carlson*

DATED this 15th day of November, 2022.

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Alayna L. Nicholes, WSBA #40993

Page 4 – STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:22-cv-00603 -JHC

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636